UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

         v.                       Case No.  08-cr-56-01/03/04-SM

<u>Raymond Cole, Joshua Benoit</u>
<u>and Garret Morin</u>

## O R D E R

Defendant Raymond Cole has filed a motion to continue the final pretrial conference and trial (document no. 38). Trial has been rescheduled for the January 2009 trial period. Defendant Cole shall file a waiver of speedy trial rights not later than October 9, 2008. On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** January 9, 2009 at 2:00 p.m.

**Jury Selection**: January 21, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 29, 2008

cc: Donald Kennedy, Esq.
    Charles Keefe, Esq.
    Paul Twomey, Esq.
    Terry Ollila, AUSA
    US Probation
    US Marshal