UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                         Case No.  08-cr-56-01/04-SM

Raymond Cole and Garret Morin

## O R D E R

Defendant Garret Morin has filed a motion to continue the final pretrial conference and trial (document no. 50). Trial has been rescheduled for the April 2009 trial period. Defendant Morin shall file a waiver of speedy trial rights not later than January 23, 2009. On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  April 10, 2009 at 1:30 p.m.

**Jury Selection**: April 21, 2009 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

January 8, 2009

cc: Donald Kennedy, Esq.
    Charles Keefe, Esq.
    Michael Iacopino, Esq.
    Paul Twomey, Esq.
    Terry Ollila, AUSA
    US Probation
    US Marshal

2